FILED
2015 Oct-06  AM 11:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHAUN J. YOUNGER,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., LLC,  AND EQUIFAX INFORMATION SERVICES, LLC,** | ) **CIVIL ACTION NO. 2:15-cv-00952-SGC** |
| **Defendants.** | ) |

## STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER

COME NOW the Plaintiff and the Defendants, by and through their undersigned counsel, and as their Stipulated Motion for Entry of Protective Order, state and allege as follows:  Pursuant to stipulation of the parties and in accordance with the provisions of Fed. R. Civ. Proc. 26(c),

1. In an effort to facilitate the exchange of confidential documents through formal discovery, the parties hereby tender a Proposed Protective Order to the Court.

2. A copy of the Proposed Protective Order together with its attached Affirmation is attached hereto as Exhibit 1.

25028038 v1

WHEREFORE, the parties respectfully request that this Court enter the attached proposed Protective Order as an Order of this Court.

Respectfully submitted this 6th day of October, 2015.

BY:

    *s/ W. Whitney Seals*
W. Whitney Seals
PATE AND COCHRUN, LLP
P. O. Box 10448
Birmingham, AL  35202-0448
Phone:  (205) 323-3900
Facsimile:  (205) 323-3906
filings@plc-law.com

Attorney for Plaintiff
SHAUN J. YOUNGER


*s/ Alan D. Leeth*
Alan D. Leeth (LEE038)
Zachary D. Miller (MIL135)
Ryan J. Hebson (HEB003)

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
aleeth@burr.com
zmiller@burr.com
rhebson@burr.com

Attorneys for Defendant
PORTFOLIO RECOVERY ASSOCIATES, LLC

*s/ Allison Fuller*
L. Jackson Young, Jr.
Ferguson Frost & Dodson, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL  35243
Telephone:  (205) 879-8722
Facsimile:  (205) 879-8831
E-mail:  ljy@ffdlaw.com

Allison Fuller
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
Email: afuller@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.


*/s Misty L. Peterson*
Misty L. Peterson
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Telephone: (404) 572-4939
Facsimile: (404)572-5100
E-mail: mpeterson@kslaw.com

Kirkland E. Reid
JONES, WALKER, WECHTER,
POITVENT, CARRERE & DENEGRE
11 N. Water Street, Suite 1200
Telephone: (251) 439-7513
Facsimile:   (251) 433-1001
Email: kreid@joneswalker.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC