FILED
2016 Jul-26  AM 09:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A
# [Filed Under Seal]
# [Pursuant to Protective Order]