Case 2:15-cv-00952-SGC   Document 53   Filed 10/14/16   Page 1 of 4



FILED
2016 Oct-14 PM 07:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHAUN J. YOUNGER** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | 2:15-cv-00952-SGC |
| ) | |
| ASSOCIATES, LLC, EXPERIAN ) | |
| INFORMATION SOLUTIONS, INC., ) | |
| LLC, and EQUIFAX INFORMATION ) | |
| SERVICES, LLC; ) | |
| ) | |
|     **Defendants.** ) | |

## PLAINTIFF'S WITNESS AND EXHIBIT LISTS

**COMES NOW** the Plaintiff, by and through counsel, and pursuant to this Court's order and file his Witness and Exhibit Lists as follows:

### WITNESSES

1. Shaun Younger
   c/o Plaintiff's counsel;

2. 2.  Jason Scott
   c/o Counsel for Defendant Experian;

3. Paz Salinas  (by deposition);

Page 1 of  4

4.     Pamela Smith
   c/o Counsel for Defendant Equifax;

5.     An employee or representative of Portfolio Recovery Associates, LLC
   c/o Counsel for Portfolio Recovery Associates;

6.     Any person(s) deposed in this matter;

7.     Any person(s) who have offered an affidavit in this matter;

8.     Any witness(es) identified by the Defendants;

9.     Any witness(es) needed to authenticate Plaintiff's exhibits or other documents;

10.    Any witness(es) whose name is revealed through subsequent discovery;

11.    Plaintiff reserves the right to call witness(es) in rebuttal;

12.    Plaintiff reserves the right to call witness(es) for impeachment purposes; and,

13.    Plaintiff reserves the right to amend this Witness List.

## DOCUMENTS

1.     The March 30,2015 correspondence and enclosures from Plaintiff to Equifax;

2.     The March 30, 2015 correspondence and enclosures from Plaintiff to Experian;

3.     Any correspondence from Experian to Plaintiff;

4.     Any correspondence from Equifax to Plaintiff;

5. Any document produced by any Defendant (including PR) in response to discovery;

6. Pleadings and Order from underlying State Court Case styled *Portfolio Recovery Associates v. Younger;*

7. Any and all documents produced by any party during discovery in this matter;

8. Any and all documents received pursuant to any subpoena issued in this matter;

9. The Interrogatory Answers of all Defendants;

10. Any depositions taken in this matter and any exhibits to said depositions;

11. Any exhibit listed on the Defendants' Exhibit lists;

12. Any document needed for impeachment and/or rebuttal purposes;

13. Any and all documents obtained between now and trial in this matter; and,

14. Plaintiff reserves the right to amend this Exhibit List.

    /s/ *W. WHITNEY SEALS*
W. WHITNEY SEALS,
Attorney for Plaintiff

**OF COUNSEL:**
**PATE & COCHRUN, LLP**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906
filings@plc-law.com

# CERTIFICATE OF SERVICE

I hereby certify that on this the 14 October 2016, if the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following;

***Attorneys for Equifax***
Misty Peterson, Esq.
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309-3521
404-572-4600
Fax: 404-572-5100
Email: mpeterson@kslaw.com

Kirkland E. Reid, Esq.
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, LLP
11 N. Water Street, Ste. 1200
Mobile, AL 36602
(251) 439-7513
(251) 433-1001
kreid@joneswalker.com

***Attorneys for Experian***
L. Jackson Young, Jr.
Ferguson, Frost, Moore & Young
1400 Urban Center Drive, Ste. 200
Birmingham, AL 35243
(205) 879-8722
(205) 879-8831
ljy@ffdlaw.com

***Attorneys for Portfolio Recovery***
Alan D. Leeth, Esq.
Burr & Forman, LLP
420 20th Street N, Ste 3400
Birmingham, AL 35203
(205)251-3000
(205) 458-5400
aleeth@burr.com

and I hereby certify that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

SAME AS ABOVE.

/s/W. Whitney Seals
OF COUNSEL