FILED

2018 Apr-23  PM 06:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS  PLAINTIFF  GOVERNMENT  DEFENDANT  COURT  JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1 | | | | | | | | | March 30, 2015 Experian Consumer Disclosure (Report #3077-4324-90) (Ex. 4 to Plaintiff's Deposition) (Plaintiff's 29 – 48) |
| | | | | | | | | | | EXPECT TO OFFER |
| | 2 | | | | | | | | | March 30, 2015 Correspondence from Shaun Younger to Experian (EXP 000 001 – 000 007) |
| | | | | | | | | | | EXPECT TO OFFER |
| | 3 | | | | | | | | | March 30, 2015 Correspondence from Shaun Younger to Experian (Ex. 8 to Plaintiff's Deposition) |
| | | | | | | | | | | MAY OFFER |
| | 4 | | | | | | | | | April 15, 2015 Correspondence from Experian to Shaun Younger (Plaintiff's 121) |
| | | | | | | | | | | EXPECT TO OFFER |
| | 5 | | | | | | | | | April 15, 2015 Correspondence from Experian to Shaun Younger (Ex. 10 to Plaintiff's Deposition) |
| | | | | | | | | | | MAY OFFER |
| | 6 | | | | | | | | | April 15, 2015 Correspondence from Experian to Shaun Younger (EXP 000 024 – 000 025) |
| | | | | | | | | | | MAY OFFER |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 7 | | | | | | | | | July 29, 2015 Experian Consumer Disclosure (Report #2011-4897-22) (Ex. 17 to Plaintiff's Deposition) (EXP 000 026 – 000 039) |
| | | | | | | | | | | EXPECT TO OFFER |
| | 8 | | | | | | | | | July 29, 2015 Experian Admin Report for Shaun Younger (EXP 000 047 – 000 054) |
| | | | | | | | | | | EXPECT TO OFFER |
| | 9 | | | | | | | | | April 28, 2015 Carbon Copy Notice (Transaction Log Control #241796488) (EXP 000 044 – 000 046) |
| | | | | | | | | | | MAY OFFER |
| | 10 | | | | | | | | | February 3, 2016 Deposition Transcript and/or Video of Shaun Younger and exhibits attached thereto, taken in Shaun J. Younger v. Portfolio Recovery Associates, LLC, et al., Case No. 2:15-cv-00952-SGC (Anticipated as impeachment evidence) |
| | | | | | | | | | | MAY OFFER |
| | 11 | | | | | | | | | April 5, 2016 Deposition Transcript of Jason Scott and exhibits attached thereto, taken in Shaun J. Younger v. Portfolio Recovery Associates, LLC, et al., Case No. 2:15-cv-00952-SGC |
| | | | | | | | | | | MAY OFFER |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 12 | | | | | | | | | May 6, 2016 Deposition Transcript of Jason Scott and exhibits attached thereto, taken in Shaun J. Younger v. Portfolio Recovery Associates, LLC, et al., Case No. 2:15-cv-00952-SGC |
| | | | | | | | | | | MAY OFFER |
| | 13 | | | | | | | | | April 7, 2016 Deposition Transcript of Pamela Smith and exhibits attached thereto, taken in Shaun J. Younger v. Portfolio Recovery Associates, LLC, et al., Case No. 2:15-cv-00952-SGC |
| | | | | | | | | | | MAY OFFER |
| | 14 | | | | | | | | | Experian Disclosure Log for Plaintiff's Consumer File (EXP 000 040) |
| | | | | | | | | | | MAY OFFER |
| | 15 | | | | | | | | | Experian Information Solutions, Inc.'s First Set of Interrogatories to Plaintiff Shaun J. Younger dated December 23, 2015 |
| | | | | | | | | | | MAY OFFER |
| | 16 | | | | | | | | | Plaintiff's Responses to Defendant's, Experian Information Solutions, Inc., First Interrogatories dated January 25, 2016 |
| | | | | | | | | | | MAY OFFER |

| N O T   O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D.   C O N D.   OR   L T D. | R E C E I V E D | EXHIBITS PLAINTIFF GOVERNMENT DEFENDANT COURT JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 17 | | | | | | | | | Experian Information Solutions, Inc.'s First Set of Requests for Admission to Plaintiff Shaun J. Younger dated December 23, 2015 |
| | | | | | | | | | | MAY OFFER |
| | 18 | | | | | | | | | Plaintiff's Responses to Defendant's, Experian Information Solutions, Inc., First Request for Admission dated January 7, 2016 (Ex. 16 to Plaintiff's Deposition) |
| | | | | | | | | | | MAY OFFER |
| | 19 | | | | | | | | | Experian Information Solutions, Inc.'s First Set of Requests for Production of Documents to Plaintiff Shaun J. Younger dated December 23, 2015 |
| | | | | | | | | | | MAY OFFER |
| | 20 | | | | | | | | | Plaintiff's Responses to Defendant Experian Information Solutions, Inc.'s First Request for Production of Documents dated January 25, 2016 |
| | | | | | | | | | | MAY OFFER |
| | 21 | | | | | | | | | EPC Sorter Manual (EXP 000733 – 791) |
| | | | | | | | | | | MAY OFFER |
| | 22 | | | | | | | | | Excerpted portion of EPC Sorter Manual |
| | | | | | | | | | | MAY OFFER |

| N O T   O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D.   C O N D.   OR   L T D. | R E C E I V E D | EXHIBITS   PLAINTIFF   GOVERNMENT   DEFENDANT   COURT   JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 23 | | | | | | | | | Paragraph (PA) 573 Participant Guide (EXP000792 – 799) |
| | | | | | | | | | | MAY OFFER |
| | 24 | | | | | | | | | Consumer Dispute Procedures Participant Guide (EXP000058 – 402) |
| | | | | | | | | | | MAY OFFER |
| | 25 | | | | | | | | | Disputes: Trades Participant Guide (EXP000564 – 677) |
| | | | | | | | | | | MAY OFFER |
| | 26 | | | | | | | | | Disputes: Identification & Statement Participant Guide (EXP000678 – 732) |
| | | | | | | | | | | MAY OFFER |
| | 27 | | | | | | | | | Experian NCAC Form (EXP000800 – 802) |
| | | | | | | | | | | MAY OFFER |
| | 28 | | | | | | | | | ACDVs: Evaluating and Processing Participant Guide (EXP000403 – 563) |
| | | | | | | | | | | MAY OFFER |
| | 29 | | | | | | | | | Suspicious Letter Paragraphs Callers from Disputes: Identification & Statement Participant Guide (EXP000055 – 56) |
| | | | | | | | | | | MAY OFFER |
| | 30 | | | | | | | | | Plaintiff's Initial Disclosures dated September 1, 2015 (Ex. 14 to Plaintiff's Deposition) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | | | | | | | | | | MAY OFFER |
| | 31 | | | | | | | | | Equifax credit file disclosure dated March 30, 2015 (Ex. 5 to Plaintiff's Deposition) (Plaintiff's 49-109) |
| | | | | | | | | | | MAY OFFER |
| | 32 | | | | | | | | | March 30, 2015 Correspondence from Shaun Younger to Equifax (Ex. 2 to Equifax's Deposition) (EIS-Younger-000008-14) |
| | | | | | | | | | | MAY OFFER |
| | 33 | | | | | | | | | March 30, 2015 Correspondence from Shaun Younger to Equifax (Plaintiff's 115 – 120) |
| | | | | | | | | | | MAY OFFER |
| | 34 | | | | | | | | | March 30, 2015 Correspondence from Shaun Younger to Equifax (Ex. 7 to Plaintiff's Deposition) |
| | | | | | | | | | | MAY OFFER |
| | 35 | | | | | | | | | Portfolio Recovery Associates, LLC's response to Equifax ACDV (Ex. 4 to Equifax's Deposition) (EIS-Younger-000015-21) |
| | | | | | | | | | | MAY OFFER |
| | 36 | | | | | | | | | April 28, 2015 Equifax Results of Reinvestigation (Ex. 3 to Equifax's Deposition) (Plaintiff's 113 – 114) |

{W0558683.1 }
NAI-1503631614v1

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | | | | | | | | | | MAY OFFER |
| | 37 | | | | | | | | | April 28, 2015 Equifax Results of Reinvestigation (Ex. 11 to Plaintiff's Deposition) |
| | | | | | | | | | | MAY OFFER |
| | 38 | | | | | | | | | Equifax ACIS Printout and Maintenance Sheet (Ex. 5 to Equifax's Deposition) (EIS-Younger-000001-7) |
| | | | | | | | | | | MAY OFFER |
| | 39 | | | | | | | | | Declaration of Pamela Smith and exhibits thereto (Doc. 38-2) |
| | | | | | | | | | | MAY OFFER |
| | 40 | | | | | | | | | Potential Stipulation, Declaration, or Evidentiary Deposition of Equifax corporate representative Pamela Smith |
| | | | | | | | | | | MAY OFFER |
| | 41 | | | | | | | | | Potential Stipulation, Declaration, or Evidentiary Deposition of an employee or representative of Portfolio Recovery Associates, LLC |
| | | | | | | | | | | MAY OFFER |
| | 42 | | | | | | | | | Defendant Equifax Information Services LLC's Objections and Responses to |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | | | | | | | | | | Plaintiff's First Consolidated Discovery (Ex. 1 to Equifax's Deposition) |
| | | | | | | | | | | MAY OFFER |
| | 43 | | | | | | | | | Plaintiff's Responses to Defendant's, Equifax Information Services, LLC, First Interrogatories dated November 10, 2015 (Ex. 12 to Plaintiff's Deposition) |
| | | | | | | | | | | MAY OFFER |
| | 44 | | | | | | | | | Plaintiff's Responses to Defendant's, Equifax Information Services, LLC, First Request for Admission dated November 6, 2015 (Ex. 13 to Plaintiff's Deposition) |
| | | | | | | | | | | MAY OFFER |
| | 45 | | | | | | | | | Plaintiff's Responses to Defendant Equifax Information Services LLC's First Request for Production of Documents (Ex. 15 to Plaintiff's Deposition) |
| | | | | | | | | | | MAY OFFER |
| | 46 | | | | | | | | | Undisputed Facts from jointly-proposed Pretrial Order submitted to the Court on October 31, 2017 |
| | | | | | | | | | | MAY OFFER |
| | 47 | | | | | | | | | Plaintiff's Settlement Agreement with Portfolio Recovery Associates, LLC |

{W0558683.1 }

NAI-1503631614v1

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | | | | | | | | | | MAY OFFER |
| | 48 | | | | | | | | | Plaintiff's Settlement Agreement with Equifax Information Services, LLC |
| | | | | | | | | | | MAY OFFER |
| | 49 | | | | | | | | | Complaint (Doc. 1) |
| | | | | | | | | | | MAY OFFER |
| | 50 | | | | | | | | | Experian Information Solutions, Inc.'s Answer (Doc. 9) |
| | | | | | | | | | | MAY OFFER |
| | 51 | | | | | | | | | Portfolio Recovery Associates, LLC v. Shaun J Younger, SM-14-901831, in the Small Claims Court of Jefferson County, Alabama (Plaintiff's 1 – 11) |
| | | | | | | | | | | MAY OFFER |
| | 52 | | | | | | | | | Trans Union Consumer Disclosure dated March 30, 2015 (Ex. 3 to Plaintiff's Deposition) |
| | | | | | | | | | | MAY OFFER |
| | 53 | | | | | | | | | Portfolio Recovery Associates PRANet (PRA-Younger-000001 – 000005) |
| | | | | | | | | | | MAY OFFER |
| | | | | | | | | | | |

{W0558683.1 }
NAI-1503631614v1

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 54 | | | | | | | | | Data from electronic records provided by HSBC Bank Nevada, N.A. (PRA-Younger-000006) |
| | | | | | | | | | | MAY OFFER |
| | 55 | | | | | | | | | Household Bank Platinum Mastercard Billing Statements (PRA-Younger-000007 – 000033) |
| | | | | | | | | | | MAY OFFER |
| | 56 | | | | | | | | | Call History (PRA-Younger-000034 – 000038) |
| | | | | | | | | | | MAY OFFER |
| | 57 | | | | | | | | | PRA correspondence with Plaintiff (PRA-Younger-000039 – 000088) |
| | | | | | | | | | | MAY OFFER |
| | 58 | | | | | | | | | Notes (PRA-Younger-000327 – 000332) |
| | | | | | | | | | | MAY OFFER |
| | 59 | | | | | | | | | Documents received from Equifax (PRA-Younger-000089 – 000097) |
| | | | | | | | | | | MAY OFFER |
| | 60 | | | | | | | | | Draft ACDV response (PRA-Younger-000098 – 000099) |
| | | | | | | | | | | MAY OFFER |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS  PLAINTIFF  GOVERNMENT  DEFENDANT  COURT  JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 61 | | | | | | | | | Chart (PRA-Younger-000100 – 000101) |
| | | | | | | | | | | MAY OFFER |
| | 62 | | | | | | | | | Equifax Information Services, LLC Production Documents |
| | | | | | | | | | | MAY OFFER |
| | 63 | | | | | | | | | Portfolio Recovery Associates, LLC Production Documents |
| | | | | | | | | | | MAY OFFER |
| | 64 | | | | | | | | | Demonstrative drawings, charts, models, aids, and exemplars |
| | | | | | | | | | | MAY OFFER |
| | 65 | | | | | | | | | Any necessary rebuttal or impeachment exhibits |
| | | | | | | | | | | MAY OFFER |
| | 66 | | | | | | | | | Any exhibits listed by Plaintiff or any Defendant to which Experian has no objection |
| | | | | | | | | | | MAY OFFER |
| | 67 | | | | | | | | | Experian reserves the right to supplement or amend this exhibit list if necessary in accordance with the Court's order |
| | | | | | | | | | | |
| | | | | | | | | | | |

{W0558683.1 }
NAI-1503631614v1

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**STYLE:  SHAUN J. YOUNGER  V. PORTFOLIO RECOVERY ASSOCIATES, LLC, ET AL.**
**CASE NUMBER:  2:15-CV-00952-SGC**

{W0558683.1 }
NAI-1503631614v1