# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHAUN YOUNGER** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NUMBER:** |
| ) | **2:15-cv-00952-SGC** |
| **PORTFOLIO RECOVERY** ) | |
| **ASSOCIATES, LLC, et al,** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S WITNESS LIST

**COMES NOW,** the Plaintiff, by and through counsel of record and files his Witness List as follows:

**IN PERSON TESTIMONY**

1. Mr. Shawn Younger;

2. A corporate representative of Experian Information Solutions, Inc. ("Experian");

3. Mr. Jason Scott;

4. Mary Methvin;

5. A corporate representative from Experian to testify regarding Experian's

        2015 annual report, net worth and/or the amount of profit Experian made in 2015;

6. Paz Salinas by deposition;

7. Pamela Smith by deposition;

8. Any person(s) deposed in this matter;

9. Any person(s) who have offered an affidavit in this matter;

10. Any witness(es) identified by the Defendants;

11. Any witness(es) needed to authenticate Plaintiff's exhibits or other documents;

12. Any witness(es) whose name is revealed through subsequent discovery;

13. Plaintiff reserves the right to call witness(es) in rebuttal;

14. Plaintiff reserves the right to call witness(es) for impeachment purposes; and,

15. Plaintiff reserves the right to amend this Witness List.

Respectfully submitted,

/s/ *W. Whitney Seals*
W. WHITNEY SEALS,
Attorney for Plaintiff

**OF COUNSEL:**

**COCHRUN & SEALS, LLC**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906
filings@cochrunseals.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23 April 2018, the foregoing filed using the CM/ECF case management system to the following attorneys of record:

*Attorneys for Experian*
L. Jackson Young, Jr.
Ferguson, Frost, Moore & Young
1400 Urban Center Drive, Ste. 200
Birmingham, AL 35243
(205) 879-8722
(205) 879-8831
ljy@ffdlaw.com

Greg Hanthorn, Esq.
Rebecca Reynolds, Esq.
Jones Day
1420 Peachtree St. N.E., Ste. 800
Atlanta, GA 30309-3053
(404) 581-3939
ghanthorn@jonesday.com

/s/ *W. Whitney Seals*
OF COUNSEL