FILED
2018 Apr-23  PM 06:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHAUN YOUNGER** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NUMBER:** |
| ) | **2:15-cv-00952-SGC** |
| **PORTFOLIO RECOVERY** ) | |
| **ASSOCIATES, LLC, et al,** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S DAMAGES LIST

**COMES NOW,** the Plaintiff, by and through his attorneys of record and files his List of Damages as follows:

1. The damages sought in this lawsuit are statutory, compensatory and punitive damages to which the Plaintiff is entitled under the law, and which the trier of fact may assess.

2. Should the jury find that Experian Information Solutions, Inc.'s ("Experian") conduct was willful, then Experian would potentially be liable to the Plaintiff for punitive damages in an amount to be determined by the jury.  Plaintiff submits that the jury is entitled to

receive evidence of Experian's net worth and/or Experian's profit in 2015 in order to assess the amount of punitive damages, if any.

3. The Plaintiff also seeks attorneys' fees, costs, and other expenses that are permitted pursuant to the Fair Credit Reporting Act.

4. Plaintiff claims mental anguish and emotional distress damages as part of his claims against Experian. Damages for emotional distress are not easily calculated.

5. Plaintiff also seeks compensatory damages for pain and suffering associated with his increased stress. Specifically with regard to the pain he endured as a *direct* result of Experian's April 15, 2015 letter, Plaintiff testified that the stress caused his physical pain to increase and that the pain was a tingling pain "like, pins and needles" in his left arm, in his "lower back area...And [Plaintiff's] left leg. But everything is on [Plaintiff's] –kind of on [Plaintiff's] left side." Younger Depo., p. 241. Plaintiff experienced headaches and sleeplessness as a result of the incidents made the basis of this lawsuit. Younger Depo., p. 245. He further testified that Experian's April 15, 2015 letter escalated the stress he already was suffering as a result of the events of this lawsuit. Younger Depo., p. 160. It is not

possible to quantify the physical harm damages suffered by the Plaintiff and the jury will be required to assess a reasonable amount that compensates the Plaintiff for this harm.

6.  Plaintiff reserves the right to amend this Damages list.

               Respectfully submitted,

               */s/ W. Whitney Seals*
               W. WHITNEY SEALS,
               Attorney for Plaintiff

**OF COUNSEL:**
**COCHRUN & SEALS, LLC**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906
filings@cochrunseals.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23 April 2018, the foregoing filed using the CM/ECF case management system to the following attorneys of record:

| *Attorneys for Experian* | |
|---|---|
| L. Jackson Young, Jr. | Greg Hanthorn, Esq. |
| Ferguson, Frost, Moore & Young | Rebecca Reynolds, Esq. |
| 1400 Urban Center Drive, Ste. 200 | Jones Day |
| Birmingham, AL 35243 | 1420 Peachtree St. N.E., Ste. 800 |
| (205) 879-8722 | Atlanta, GA 30309-3053 |
| (205) 879-8831 | (404) 581-3939 |
| ljy@ffdlaw.com | ghanthorn@jonesday.com |

        /s/ *W. Whitney Seals*
OF COUNSEL