FILED

2018 Apr-23  PM 06:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **SHAUN YOUNGER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NUMBER:** |
| | ) | **2:15-cv-00952-SGC** |
| **PORTFOLIO RECOVERY** | ) | |
| **ASSOCIATES, LLC, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## PLAINTIFF'S AMENDED WITNESS LIST

---

**COMES NOW,** the Plaintiff, by and through counsel of record and files his Witness List as follows:

1.  Mr. Shawn Younger;

2.  A corporate representative of Experian Information Solutions, Inc. ("Experian");

3.  Mr. Jason Scott by deposition since Plaintiff learned that Experian is not bringing Mr. Scott to testify live;

4.  Mary Methvin;

5.  A corporate representative from Experian to testify regarding Experian's

2015 annual report, net worth and/or the amount of profit Experian made in 2015;

6.   Paz Salinas by deposition;

7.   Pamela Smith by deposition;

8.   Any person(s) deposed in this matter;

9.   Any person(s) who have offered an affidavit in this matter;

10.   Any witness(es) identified by the Defendants;

11.   Any witness(es) needed to authenticate Plaintiff's exhibits or other documents;

12.   Any witness(es) whose name is revealed through subsequent discovery;

13.   Plaintiff reserves the right to call witness(es) in rebuttal;

14.   Plaintiff reserves the right to call witness(es) for impeachment purposes; and,

15.   Plaintiff reserves the right to amend this Witness List.

Respectfully submitted,


/s/ W. Whitney Seals
W. WHITNEY SEALS,
Attorney for Plaintiff

**OF COUNSEL:**

**COCHRUN & SEALS, LLC**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906
filings@cochrunseals.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23 April 2018, the foregoing filed using the CM/ECF case management system to the following attorneys of record:

***Attorneys for Experian***
L. Jackson Young, Jr.
Ferguson, Frost, Moore & Young
1400 Urban Center Drive, Ste. 200
Birmingham, AL 35243
(205) 879-8722
(205) 879-8831
ljy@ffdlaw.com

Greg Hanthorn, Esq.
Rebecca Reynolds, Esq.
Jones Day
1420 Peachtree St. N.E., Ste. 800
Atlanta, GA 30309-3053
(404) 581-3939
ghanthorn@jonesday.com


/s/ W. Whitney Seals
OF COUNSEL