# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHAUN J. YOUNGER** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   2:15-CV-00952-SGC |
| | ) |
| **PORTFOLIO RECOVERY** | ) |
| **ASSOCIATES, LLC; ET AL,** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S SUPPLEMENT TO AMENDED WITNESS LIST

**COMES NOW** the Plaintiff, by and through counsel of record and files this supplement to his Amended Witness List [Doc. 91], by adding page designations to the previously listed witnesses testifying via deposition, as follows:

**Deposition of Paz Salinas**

P. 7, line 9 - P. 9, line 10;

P. 9, line 14 - 16;

P. 10, line 2 - P. 11, line 11;

P. 11, line 22 - P. 15, line 17;

P. 16, line 14 - P. 18, line 6;

P. 18, line 20 - P. 19, line 9;

P. 19, line 13 - P. 21, line 8

P. 21, line 13 - P. 22, line 1;

P. 23, line 23 - P. 24, line 9;

P. 24, line 13 - 18;

P. 25, line 2 - P. 29, line 9;

P. 29, line 18 - P. 30, line 4;

P. 31, line 1 - P. 32, line 9;

P. 34, line 4 - P. 39, line 5;

P. 35, line 13 - P. 42, line 4;

P. 42, line 10 - P. 44, line 22; and,

P. 45, line 20 - P. 46, line 5.

**Deposition of Jason Scott
Volume I**

P. 6, line 17 – P. 7, line 6

P. 8, line 15-20

P. 13 line 20 – P. 14 line 15

P. 22 line 5 – P. 23, line 14

P. 24 line 20 -25

P. 25, line 14 – 23

P. 26 line 13-20

P. 27 line 2-20

P. 28 line 10 – P. 29 line 20

P. 32 line 7 – 25

P. 33 line 14- P. 34 line 3

P. 34 line 9-15

P. 35 line 23 – P. 36 line 17

P. 37 line 16- P. 38 line 5

P. 43 line 2-12

P. 45 line 2-4

P. 49 line 20 –P. 51 line 6

P. 51 line 13 – P. 54 line 10

P. 55 line 3-14

P. 56, line 24 – P. 58 line 6

P. 58, line 24 –P. 59 line 3

P. 62, line 2-10

P. 62, line 20 – P. 65 line 20

P. 66, line 9 – P. 73, line 17

P. 73, line 24 – P. 74, line 9

P. 90, line 23 –P. 91, line 12

P. 92 line 21 – P. 94, line 25

P. 95 line 9 – P. 98 line 8

P. 100 line 1 – P. 107 line 20

P. 108 line 11 – P. 109 line 3

P. 109 line 21 – P. 111 line 20

P. 121 line 5 – P. 123 line 17

P. 124 line 2 – P. 137 line 8

P. 141 line 8 – P. 144 line 9

P. 151 line 21 – P. 152, line 20

P. 156 line 12 – P. 159, line 18

**Jason Scott**
**Volume II**

P. 5 line 24 – P. 6 line 11

P. 6 line 18 – P. 8 line 4

P. 8 line 17 – P. 9 line 3

P. 9 line 11-21

P. 10 line 6-13

P. 11 line 1 – P. 12 line 11

P. 12 line 16 – P. 15 line 15

P. 15 line 25 – P. 17 line 15.

/s/ John C. Hubbard
John C. Hubbard
Attorney for Plaintiff

**OF COUNSEL:**
John C. Hubbard LLC
PO Box 953
Birmingham, AL 35203
(205) 378-8121

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3nd day of May 2018, the foregoing filed using the CM/ECF case management system to the following attorneys of record:

L. Jackson Young, Jr., Esq.
Ferguson, Frost, Moore & Young
1400 Urban Center Drive, Ste. 200
Birmingham, AL

Greg R. Hanthorn, Esq.
Rebecca C Reynolds, Esq.
Jones Day
1420 Peachtree St. N.E., Ste. 800
Atlanta, GA 30309-3053

/s/ John C. Hubbard