| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS  PLAINTIFF  GOVERNMENT  DEFENDANT  COURT  JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1 | | | | | | | | | Experian Consumer Disclosure dated March 30, 2015. (Ex. 4 to Plaintiff's Deposition) |
| | 2 | | | | | | | | | March 30, 2015 correspondence from Plaintiff to Experian (EXP 00 001-000 007) (Also Exhibit 3 to Deposition of Jason Scott) |
| | 3 | | | | | | | | | April 15, 2015 correspondence from Experian to Plaintiff. (EXP 000 024- 000 025) (Also Exhibit 6 to Deposition of Jason Scott). |
| | 4 | | | | | | | | | Experian's 2015 Annual Report |
| | 5 | | | | | | | | | Experian Disclosure Log. (Exhibit 2 to Deposition of Jason Scott. EXP 000 040 |
| | 6 | | | | | | | | | Experian Dispute Process from Training Manual. (Exhibit 4 to Deposition of Jason Scott. EXP 000 067) |
| | 7 | | | | | | | | | Experian EPC Sorter Manual pages. (Exhibit 5 to Deposition of Jason Scott. EXP 000 770-000 776) |
| | 8 | | | | | | | | | Experian's Responses to Plaintiff's First Set of Interrogatories |

| # | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|
| 9 | | | | | | | | Experian's Supplemental Responses to Plaintiff's First Interrogatories. |
| 10 | | | | | | | | Suspicious Letter Paragraphs Callers section from Experian Training Manual. (Exhibit 8 to Deposition of Jason Scott. EXP 000 056). |
| 11 | | | | | | | | PA 573 Participant Guide. (Exhibit 9 to Deposition of Jason Scott. EXP 000792-000799). |
| 12 | | | | | | | | Consumer Dispute Procedures Participant Guide. (EXP 000 058-000402) |
| 13 | | | | | | | | Experian Information Solution, Inc.'s Answer (Doc. 9) |
| 14 | | | | | | | | NCAC Form. (Exhibit B to Deposition of Paz Salinas. EXP 000800). |
| 15 | | | | | | | | Any Exhibit listed on Experian's Exhibit list that Plaintiff does not object to. |

**STYLE:  SHAUN J. YOUNGER V. PORTFOLIO RECOVERY ASSOCIATES, LLC, ET AL**

**CASE NUMBER:  2:15-cv-00952-SGC**