FILED
2018 May-07 PM 08:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHAUN J. YOUNGER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action Number** |
| **v.** | ) | **2:15-cv-00952-SGC** |
| | ) | |
| **PORTFOLIO RECOVERY** | ) | |
| **ASSOCIATES, LLC; EXPERIAN** | ) | |
| **INFORMATION SOLUTIONS, INC.;** | ) | |
| **and EQUIFAX INFORMATION** | ) | |
| **SERVICES, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

**Preliminary Statement**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Court's Pretrial Order (Doc. 76), Defendant Experian Information Solutions, Inc. ("Experian") submits the following objections to Plaintiff's Supplement to Exhibit List (Doc. 95) and Exhibit List (Doc. 89). Experian expressly reserves all objections pursuant to Rules 402 and 403 of the Federal Rules of Evidence and pursuant to Federal Rule of Civil Procedure 26(a)(3)(B). If Plaintiff should introduce the exhibits on his list, Experian reserves the right to introduce "any other part – or any other writing or recorded statement – that in fairness ought to be considered at the same time." Fed. R. Evid. 106.

{W0560968.1 }

**General Objections**

Experian generally objects to each and every exhibit listed by Plaintiff to the extent addressed by a motion in limine that will be filed pursuant to the Court's Pretrial Order.  Experian further objects to each and every exhibit listed by Plaintiff that was not produced pursuant to discovery requests or not properly listed on Plaintiff's Initial Disclosures as required by the Federal Rules of Civil Procedure.

As specified below, Experian further offers objections to Plaintiff's Supplement to Exhibit List (Doc. 95), as well as to Plaintiff's Exhibit List (Doc. 89) to the extent Plaintiff's Supplement is abandoned or to the extent the original is deemed as remaining in effect.  Experian further objects that Plaintiff's Exhibit List (Doc. 89) is not in the format specified by the Clerk of the U.S.D.C. for the Northern District of Alabama.

**Specific Objections to Plaintiff's Supplement to Exhibit List (Doc. 95)**

| No. | Plaintiff's Exhibit | Objection |
| --- | --- | --- |
| 1. | Experian Consumer Disclosure dated March 30, 2015. (Ex. 4 to Plaintiff's Deposition) | Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106. |
| 2. | March 30, 2015 correspondence from Plaintiff to Experian (EXP 00 001-000 007) | If offered by Plaintiff, Experian objects on the |

| | (Also Exhibit 3 to Deposition of Jason Scott) | grounds of hearsay.  FRE 801, 802. |
|---|---|---|
| 3. | April 15, 2015 correspondence from Experian to Plaintiff. (EXP 000 024- 000 025) (Also Exhibit 6 to Deposition of Jason Scott). | No objection. |
| 4. | Experian's 2015 Annual Report. | This exhibit was not produced in response to Experian's document requests.  Experian objects to Plaintiff's attempt to avoid discovery, particularly in light of the failure of Plaintiff to identify what entity or fiscal year or other "annual report" is actually involved.  Experian has agreed in the event of an adverse finding of willfulness to provide the net worth as of March 31, 2015, and net income for the fiscal year ending March 31, 2015, for Experian Information Solutions, Inc. (the party in this case) by stipulation. <br><br> Further, Experian objects that Plaintiff's description of the exhibit is improperly vague and ambiguous, as well as misleading to the extent that as stated it may refer to an annual report prepared by another entity within Experian's corporate family, rather |

| | | than the defendant here, Experian Information Solutions, Inc. (FRE 403).<br><br>Experian further objects that any evidence regarding any annual report or Experian's net worth and/or profit Experian made in 2015 is inappropriate and prejudicial and confuses the issues, as well as irrelevant, unless and until liability for Plaintiff's punitive damages claim is established. (FRE 401, 402, 403)<br><br>Experian objects on the grounds of hearsay. (FRE 801, 802) |
|---|---|---|
| 5. | Experian Disclosure Log. (Exhibit 2 to Deposition of Jason Scott. EXP 000 040 | Experian designated this proprietary Experian document as "Confidential" pursuant to the Court's Protective Order (Doc. 26). Experian objects to the extent that the use of this exhibit is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record. |
| 6. | Experian Dispute Process from Training Manual. (Exhibit 4 to Deposition of Jason Scott. EXP 000067) | Experian reserves the right to introduce any other portions of the manual, or any other material, that |

| | | |
|---|---|---|
| | | ought to be considered at the same time. FRE 106.<br><br>Experian designated this proprietary Experian document as "Confidential" pursuant to the Court's Protective Order (Doc. 26).  Experian objects to the extent that the use of this exhibit is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record. |
| 7. | Experian EPC Sorter Manual pages. (Exhibit 5 to Deposition of Jason Scott. EXP 000 770-000 776) | Experian reserves the right to introduce any other portions of the manual, or any other material, that ought to be considered at the same time. FRE 106.<br><br>Experian designated this proprietary Experian document as "Confidential" pursuant to the Court's Protective Order (Doc. 26).  Experian objects to the extent that the use of this exhibit is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record. |
| 8. | Experian's Responses to Plaintiff's First Set of Interrogatories | Experian reserves its objections to Plaintiff's interrogatories as |

| | | maintained in its latest responses to such discovery. |
|---|---|---|
| 9. | Experian's Supplemental Responses to Plaintiff's First Interrogatories | Experian reserves its objections to Plaintiff's interrogatories as maintained in its latest responses to such discovery. |
| 10. | Suspicious Letter Paragraphs Callers section from Experian Training Manual. (Exhibit 8 to Deposition of Jason Scott. EXP 000 056). | Experian reserves the right to introduce any other portions of the manual, or any other material, that ought to be considered at the same time. FRE 106.<br><br>Experian designated this proprietary Experian document as "Confidential" pursuant to the Court's Protective Order (Doc. 26).  Experian objects to the extent that the use of this exhibit is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record. |
| 11 | PA 573 Participant Guide. (Exhibit 9 to Deposition of Jason Scott. EXP 000792-000799). | Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106.<br><br>Experian designated this proprietary Experian document as |

| | | "Confidential" pursuant to the Court's Protective Order (Doc. 26).  Experian objects to the extent that the use of this exhibit is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record. |
| --- | --- | --- |
| 12. | Consumer Dispute Procedures Participant Guide. (EXP 000 058-000402) | Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106.<br><br>Experian designated this proprietary Experian document as "Confidential" pursuant to the Court's Protective Order (Doc. 26).  Experian objects to the extent that the use of this exhibit is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record. |
| 13. | Experian Information Solution, Inc.'s Answer (Doc. 9) | No objection. |
| 14. | NCAC Form. (Exhibit B to Deposition of Paz Salinas. EXP 000800). | Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106.<br><br>Experian designated this |

| | | |
|---|---|---|
| | | proprietary Experian document as "Confidential – Attorneys' Eyes Only" pursuant to the Court's Protective Order (Doc. 26). Experian objects to the extent that the use of this exhibit is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record. |
| 15. | Any Exhibit listed on Experian's Exhibit list that Plaintiff does not object to. | Experian reserves any and all objections, including without limitation the following:<br><br>Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106.<br><br>Experian designated certain proprietary Experian documents as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Court's Protective Order (Doc. 26). Experian objects to the extent that the use of these documents is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record. |

| | Certain of these documents may constitute hearsay if offered by Plaintiff, and Experian therefore objects on the grounds of hearsay. FRE 801, 802. |
|---|---|

## Specific Objections to Plaintiff's Exhibit List (Doc. 89)

| No. | Plaintiff's Exhibit | Objection |
|---|---|---|
| 1. | Plaintiff's correspondence and all attachments to that correspondence to Experian Information Solutions, LLC ("Experian") dated March 30, 2015 | If offered by Plaintiff, Experian objects on the grounds of hearsay. Fed. R. Evid. ("FRE") 801, 802. |
| 2. | The Order granting the motion to dismiss in the underlying state court case styled *Portfolio Recovery Associates v. Shaun Younger*, 01-SM-901831 in the District Court of Jefferson County, Alabama and the pleadings from that case | Experian reserves the right to introduce any other portions of the state court file, or any other material, that ought to be considered at the same time. FRE 106.<br><br>If the small claims answer is offered by Plaintiff, Experian objects on the grounds of hearsay. FRE 801, 802. |
| 3. | Letter from Experian to Plaintiff dated April 15, 2015 | No objection. |
| 4. | All exhibits to the deposition of Jason Scott | Experian objects to Plaintiff's Exhibit list on the grounds that it fails to list specific documents.<br><br>Experian objects to the exhibits attached to the |

| | | transcript on the grounds that it is an improper compilation exhibit, FRE 403, and does not meet requirements for submission as a voluminous compilation, FRE 1006, and further on the following grounds: |
| | | Dep. Ex. 1 (Second Notice to Take Deposition of 30(b)(6) Corporate Representative of Defendant Experian Information Solutions, LLC) – Experian reserves the right to introduce any other portions of the exhibit, or any other material, that ought to be considered at the same time. |
| | | Dep. Ex. 2 (Disclosure Log, EXP 000 040) – Experian designated this proprietary Experian document as "Confidential" pursuant to the Court's Protective Order (Doc. 26).  Experian objects to the extent that the use of this exhibit is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record. |

| | | Dep. Ex. 3 (March 30, 2015, Correspondence from Shaun Younger to Experian, EXP 000 001 – 000 007) – If offered by Plaintiff, Experian objects on the grounds of hearsay. FRE 801, 802. |
|---|---|---|
| | | Dep. Ex. 4 (Excerpt of Dispute Process section of Consumer Dispute Procedures manual, EXP000067) – Experian reserves the right to introduce any other portions of the manual, or any other material, that ought to be considered at the same time. FRE 106. Experian designated this proprietary Experian document as "Confidential" pursuant to the Court's Protective Order (Doc. 26).  Experian objects to the extent that the use of this exhibit is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record. |
| | | Dep. Ex. 5 (EPC Sorter Manual excerpt, EXP000770-000776) – Experian reserves the right to introduce any other portions of the manual, or |

| | | any other material, that ought to be considered at the same time. FRE 106. Experian designated this proprietary Experian document as "Confidential" pursuant to the Court's Protective Order (Doc. 26). Experian objects to the extent that the use of this exhibit is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record. |
| | | Dep. Ex. 6 (April 15, 2015, Correspondence from Experian to Shaun Younger, EXP 000 024 – 000 025) – No objection. |
| | | Dep. Ex. 7 (Defendant Experian Information Solutions, Inc.'s Supplemental Responses to Plaintiff's First Set of Interrogatories and Experian Information Solutions, Inc.'s Responses to Plaintiff's Second Set of Interrogatories) – Experian reserves its objections to Plaintiff's interrogatories as maintained in its latest responses to such discovery. |
| | | Dep. Ex. 8 (Suspicious |

| | | Letter Paragraphs Callers excerpt from Disputes: Identification & Statement manual, EXP000 056) – Experian reserves the right to introduce any other portions of the manual, or any other material, that ought to be considered at the same time. FRE 106. Experian designated this proprietary Experian document as "Confidential" pursuant to the Court's Protective Order (Doc. 26). Experian objects to the extent that the use of this exhibit is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record. |
| | | Dep. Ex. 9 (Paragraph (PA) 573 Participant Guide, EXP000792-000799) – Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106. Experian designated this proprietary Experian document as "Confidential" pursuant to the Court's Protective Order (Doc. 26). Experian objects to the extent that the use of this exhibit is beyond what is permitted |

| | | |
|---|---|---|
| | | by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record.<br><br>Dep. Ex. 10 (Experian NCAC Form, EXP000800-000802) – Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106. Experian designated this proprietary Experian document as "Confidential – Attorneys' Eyes Only" pursuant to the Court's Protective Order (Doc. 26). Experian objects to the extent that the use of this exhibit is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record. |
| 5. | All exhibits to the deposition of Shaun Younger | Experian objects to Plaintiff's Exhibit list on the grounds that it fails to list specific documents.<br><br>Experian objects to the exhibits attached to the transcript on the grounds that it is an improper compilation exhibit, FRE 403, and does not meet requirements for |

|  |  | submission as a voluminous compilation, FRE 1006, and further on the following grounds:

Dep. Ex. 1 (Complaint, Doc. 1) – If offered by Plaintiff, Experian objects on the grounds of hearsay. FRE 801, 802.

Dep. Ex. 2 (Small Claims Complaint, PRA-Younger 000092-0000932) – No objection.

Dep. Ex. 3 (Trans Union Consumer Disclosure dated March 30, 2015) – If offered by Plaintiff, Experian objects on the grounds of hearsay.  FRE 801, 802. Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106.

Dep. Ex. 4 (March 30, 2015, Experian Consumer Disclosure (Report #3077-4324-90) (Plaintiff's 29-48)) – Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106.

Dep. Ex. 5 (Equifax credit file disclosure dated March |

| | | 30, 2015 (Plaintiff's 49-109)) – If offered by Plaintiff, Experian objects on the grounds of hearsay. FRE 801, 802. Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106. |
|---|---|---|
| | | Dep. Ex. 6 (March 30, 2015, Correspondence from Shaun Younger to Trans Union) – If offered by Plaintiff, Experian objects on the grounds of hearsay. FRE 801, 802. Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106. |
| | | Dep. Ex. 7 (March 30, 2015, Correspondence from Shaun Younger to Equifax) – If offered by Plaintiff, Experian objects on the grounds of hearsay. FRE 801, 802. Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106. |
| | | Dep. Ex. 8 (March 30, 2015, Correspondence from Shaun Younger to |

|  |  | Experian) – If offered by Plaintiff, Experian objects on the grounds of hearsay. FRE 801, 802.  Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106.

Dep. Ex. 9 (April 9, 2015, Correspondence from Trans Union to Shaun Younger) – If offered by Plaintiff, Experian objects on the grounds of hearsay. FRE 801, 802.  Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106.

Dep. Ex. 10 (April 15, 2015, Correspondence from Experian to Shaun Younger and copy of certified mail receipt) – If offered by Plaintiff, Experian objects on the grounds of hearsay.  FRE 801, 802.  Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106.

Dep. Ex. 11 (April 28, 2015, Equifax Results of |
|---|---|---|

| | | Reinvestigation) – If offered by Plaintiff, Experian objects on the grounds of hearsay.  FRE 801, 802.  Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106. |
| | | Dep. Ex. 12 (Plaintiff's Responses to Defendant's, Equifax Information Services, LLC, First Interrogatories dated November 10, 2015) – If offered by Plaintiff, Experian objects on the grounds of hearsay.  FRE 801, 802.  Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106. |
| | | Dep. Ex. 13 (Plaintiff's Responses to Defendant's, Equifax Information Services, LLC, First Request for Admission dated November 6, 2015 – If offered by Plaintiff, Experian objects on the grounds of hearsay.  FRE 801, 802.  Experian reserves the right to introduce any other material that ought to be |

| | | considered at the same time. FRE 106. |
|---|---|---|
| | | Dep. Ex. 14 (Plaintiff's Initial Disclosures dated September 1, 2015) – If offered by Plaintiff, Experian objects on the grounds of hearsay.  FRE 801, 802.  Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106. |
| | | Dep. Ex. 15 (Plaintiff's Responses to Defendant Equifax Information Services LLC's First Request for Production of Documents) – If offered by Plaintiff, Experian objects on the grounds of hearsay. FRE 801, 802.  Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106. |
| | | Dep. Ex. 16 (Plaintiff's Responses to Defendant's, Experian Information Solutions, Inc., First Request for Admission dated January 7, 2016) – If offered by Plaintiff, Experian objects on the grounds of hearsay.  FRE |

| | | |
|---|---|---|
| | | 801, 802.  Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106.<br><br>Dep. Ex. 17 (July 29, 2015 Experian Consumer Disclosure (Report #2011-4897-22) (EXP 000 026 – 000 039) – No objection. |
| 6. | All exhibits to the deposition of Paz Salinas | Experian objects to Plaintiff's Exhibit list on the grounds that it fails to list specific documents.<br><br>Experian objects to the exhibits attached to the transcript on the grounds that it is an improper compilation exhibit, FRE 403, and does not meet requirements for submission as a voluminous compilation, FRE 1006, and further on the following grounds:<br><br>Dep. Ex. A (March 30, 2015, Correspondence from Shaun Younger to Experian, EXP 000 001 – 000 007) - If offered by Plaintiff, Experian objects on the grounds of hearsay. FRE 801, 802.<br><br>Dep. Ex. B (Experian NCAC Form, EXP000800- |

| | | |
|---|---|---|
| | | 000802) – Experian reserves the right to introduce any other material that ought to be considered at the same time. FRE 106.  Experian designated this proprietary Experian document as "Confidential – Attorneys' Eyes Only" pursuant to the Court's Protective Order (Doc. 26).  Experian objects to the extent that the use of this exhibit is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record.<br><br>Dep. Ex. C (April 15, 2015, Correspondence from Experian to Shaun Younger, EXP 000 024 – 000 025) – No objection. |
| 7. | All documents produced by Experian in discovery | Experian objects to Plaintiff's Exhibit list on the grounds that it fails to list specific documents.<br><br>Experian objects on the grounds of completeness and reserves the right to introduce "any other part – or any other writing or recorded statement – that in fairness ought to be considered at the same time." (FRE 106) |

| | | Certain of Experian's documents are proprietary documents designated as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Court's Protective Order (Doc. 26).  Experian objects to the extent that the use of this exhibit is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record. |
|---|---|---|
| 8. | Experian's Interrogatory Answers | Experian reserves its objections to Plaintiff's interrogatories as maintained in its latest responses to such discovery. |
| 9. | Experian's answer to Plaintiff's requests for production | Experian reserves its objections to Plaintiff's requests for production as maintained in its latest responses to such discovery. |
| 10. | The Answer filed by Experian | No objection. |
| 11. | Experian's 2015 Annual Report | This exhibit was not produced in response to Experian's document requests.  Experian objects to Plaintiff's attempt to avoid discovery, particularly in light of the failure of Plaintiff to identify what entity or |

fiscal year or other "annual report" is actually involved.  Experian has agreed in the event of an adverse finding of willfulness to provide the net worth as of March 31, 2015, and net income for the fiscal year ending March 31, 2015, for Experian Information Solutions, Inc. (the party in this case) by stipulation.

Further, Experian objects that Plaintiff's description of the exhibit is improperly vague and ambiguous, as well as misleading to the extent that as stated it may refer to an annual report prepared by another entity within Experian's corporate family, rather than the defendant here, Experian Information Solutions, Inc. (FRE 403).

Experian further objects that any evidence regarding any annual report or Experian's net worth and/or profit Experian made in 2015 is inappropriate and prejudicial and confuses the issues, as well as irrelevant, unless and until liability for Plaintiff's punitive damages claim is

| | | established. (FRE 401, 402, 403)<br><br>Experian objects on the grounds of hearsay. (FRE 801, 802) |
|---|---|---|
| 12. | Any depositions taken in this matter and any exhibits to said depositions | Experian incorporates its responses to Plaintiff's Supplement to Amended Witness List (Doc. 94) to the extent Plaintiff has addressed such deposition transcripts. |
| 13. | Any exhibit listed on the Defendants' Exhibit lists | Experian reserves any evidentiary objections including without limitation completeness (FRE 106); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice, confusion of the issues, misleading the jury, undue delay, waste of time, and/or needlessly presenting cumulative evidence (FRE 403); and lack of personal knowledge (FRE 602).<br><br>Certain of Experian's (and other Defendants') exhibits are proprietary documents designated as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Court's Protective Order (Doc. 26).  Experian objects to the extent that |

|  |  | the use of such exhibits is beyond what is permitted by the Court's Protective Order (Doc. 26), including without limitation filing it in the public record. |
|---|---|---|
| 14. | Any document needed for impeachment and/or rebuttal purposes | Experian reserves any evidentiary objections including without limitation completeness (FRE 106); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice, confusion of the issues, misleading the jury, undue delay, waste of time, and/or needlessly presenting cumulative evidence (FRE 403); and lack of personal knowledge (FRE 602). |
| 15. | Any and all documents obtained between now and trial in this matter | Plaintiff has failed to sufficiently identify this exhibit. Experian reserves any evidentiary objections including without limitation completeness (FRE 106); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice, confusion of the issues, misleading the jury, undue delay, waste of time, and/or needlessly presenting cumulative evidence (FRE 403); and lack of personal knowledge (FRE 602). |

Dated: May 7, 2018                    Respectfully submitted,

*/s/ L. Jackson Young, Jr.*
L. Jackson Young, Jr.
FERGUSON FROST MOORE &
YOUNG, LLP
1400 Urban Center Drive, Ste. 200
Birmingham, AL  35242
Telephone: (205) 879-8722
Facsimile: (205) 879-8831
Email:  ljy@ffmylaw.com

Gregory R. Hanthorn
ASB 4664 N76G
Rebecca Crawford Reynolds
Pro Hac Vice
JONES DAY
1420 Peachtree Street, N.E., Ste. 800
Atlanta, GA  30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
Email:  ghanthorn@jonesday.com
          rreynolds@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 7th day of May, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

W. Whitney Seals
PATE & COCHRUN, LLP
P.O. Box 10448
Birmingham, AL 35202
Telephone: (205)323-3900
filings@plc-law.com

John C. Hubbard, Esq.
JOHN C. HUBBARD, LLC
P.O. Box 953
Birmingham, AL  35201
jch@jchubbardlaw.com
*Attorney for Plaintiffs*

*/s/ L. Jackson Young, Jr.*
L. Jackson Young, Jr.

{W0560968.1 }