# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| SHAUN J. YOUNGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:15-cv-00952-SGC |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## JURY VERDICT FORM

These questions are designed to guide you in deciding the issues in this case. In answering these questions, you should keep in mind the instructions of law which the Court has previously given you. You should clearly mark your answers to the questions below and proceed as instructed.

We the jury, duly impaneled and sworn upon our oaths, find:

1.  The Court has charged you that Experian did not reinvestigate Mr. Younger's dispute. Do you find by a preponderance of the evidence that Experian's failure to reinvestigate Mr. Younger's dispute proximately caused harm to Mr. Younger?

    Yes __X__ No _____

2.	If you answered "yes" to Question 1, what is the amount of actual damages, if any, that Mr. Younger has proven by a preponderance of the evidence that he is entitled to recover for his harm?

$5,000 (Enter amount, or if none, write "none")

3.	The Court has charged you that Experian did not reinvestigate Mr. Younger's dispute. If you determined that Mr. Younger has been harmed, do you find by clear and convincing evidence that Experian willfully violated the Fair Credit Reporting Act?

Yes X  No _____

4.	If you answered "yes" to Question 3, and if you determined that Mr. Younger has not proven any actual damages, enter an amount of statutory damages of not less than $100 and not more than $1,000. Do not enter an amount if you are awarding actual damages.

_____ (Enter amount)

5.	If you answered "yes" to Question 3 and if you determined that Mr. Younger has proven actual damages, you may consider the award of punitive damages. What is the amount of punitive damages, if any, that Mr. Younger is entitled to recover as a result of Experian's conduct?

$3,000,000 (Enter amount, or if none, write "none")

Dated this 22 day of May, 2018.


Foreperson