FILED
2018 May-23  AM 10:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| SHAUN J. YOUNGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:15-cv-00952-SGC |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

The Court enters **JUDGMENT** on the jury's verdict in favor of Plaintiff Shaun J. Younger and against Defendant Experian Information Solutions, Inc. (*See* Doc. 121). This matter is **DISMISSED WITH PREJUDICE**. Costs are taxed against Defendant.

**DONE** and **ORDERED** this 23rd day of May, 2018.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE