FILED
2018 Jun-15 PM 05:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHAUN J. YOUNGER,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) **Civil Action Number** ) **2:15-cv-00952-SGC** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) ) **UNOPPOSED** ) |
| **Defendant.** | ) ) |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SETTING OF PAGE LIMITS FOR <u>COMBINED POST-TRIAL MOTIONS</u>

Defendant Experian Information Solutions, Inc. ("Experian") respectfully requests that the Court grant it a total of 40 pages for Experian's combined post-trial motions. Experian intends to file what would otherwise be multiple post-trial motions in a combined format -- a Renewed Motion for Judgment as a Matter of Law, a Motion to Alter or Amend the Judgment, and a Motion for New Trial -- rather than filing three separate motions of 15 pages per motion.

It is unclear how the page limits set forth in the Initial Order (Doc. 18) entered July 30, 2015, were anticipated to apply to post-trial motions. The Initial Order (Doc. 18) set out page limits for dispositive motions, broken down into summary judgment and non-summary judgment. For summary judgment motions, the Court limited initial and responsive briefs to 30 pages, exclusive of exhibits,

{W0566070.1 }

and reply briefs to 15 pages.  (Doc. 18 at 5.)  For "dispositive motions other than summary judgment" (presumably motions to dismiss or for judgment on the pleadings), the Court limited initial and responsive briefs to 15 pages, exclusive of exhibits, and reply briefs to 10 pages.  (Doc. 18 at 6.)  Experian's combined post-trial motions are more akin to summary judgment motions and thus warrant the larger page limit.

Moreover, Experian seeks a total page limit of 40 pages for its combined post-trial motions rather than filing three separate motions of 15 pages per motion, thus reducing the total amount of pages for consideration.  Experian requests the 40-page limit in good faith.

Experian has consulted with counsel for Plaintiff, who does not oppose this motion, and requests that the Court set a commensurate 40-page limit for any response to Experian's combined post-trial motions.  Experian further requests that the Court set a limit of 25 pages for any reply in support of its combined post-trial motions.

For good cause, Experian hereby requests that the Court enter the attached order and set the following page limits for its combined post-trial motions: 40 pages for initial and responsive briefs, exclusive of exhibits, and 25 pages for reply, exclusive of exhibits.

Dated: June 15, 2018

Respectfully submitted,

*/s/ L. Jackson Young, Jr.*
L. Jackson Young, Jr.
FERGUSON FROST MOORE & YOUNG, LLP
1400 Urban Center Drive, Ste. 200
Birmingham, AL  35242
Telephone:  (205) 879-8722
Facsimile:  (205) 879-8831
Email:  Ljy@ffmylaw.com

Gregory R. Hanthorn
ASB 4664 N76G
Rebecca Crawford Reynolds
Pro Hac Vice
JONES DAY
1420 Peachtree Street, N.E., Ste. 800
Atlanta, GA  30309-3053
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330
Email:  ghanthorn@jonesday.com
         rreynolds@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of June, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>*/s/ L. Jackson Young, Jr.*
>L. Jackson Young, Jr.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHAUN J. YOUNGER, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., )<br>)<br>**Defendant.** ) | **Civil Action Number<br>2:15-cv-00952-SGC** |

## [PROPOSED] ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SETTING OF PAGE LIMITS FOR COMBINED POST-TRIAL MOTIONS

Currently before this Court is Defendant Experian Information Solutions, Inc.'s ("Experian") Motion for Setting of Page Limits for Combined Post-Trial Motions. The Motion is HEREBY GRANTED.

IT IS HEREBY ORDERED that the Court sets the following page limitations for Experian's combined post-trial motions: initial and responsive briefs are limited to 40 pages, exclusive of exhibits, and any reply is limited to 25 pages, exclusive of exhibits.

SO ORDERED, this the _____ day of _____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF ALABAMA

{W0566070.1 }