FILED
2018 Jun-20 PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHAUN J. YOUNGER,** | ) |
| **Plaintiff,** | ) |
| v. | ) **Civil Action Number** |
| | ) **2:15-cv-00952-SGC** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) **OPPOSED** |
| **Defendant.** | ) |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR CREDIT ON JUDGMENT

Defendant Experian Information Solutions, Inc. ("Experian") respectfully requests pursuant to this Court's Order dated March 30, 2018 (Doc. 84) that the Court subtract from the ultimate judgment against Experian, if any, that the Court enters following its decision on post-trial motions pursuant to Federal Rules of Civil Procedure 50 and 59 or otherwise, the $76,500 in combined settlement amounts paid by settling defendants Portfolio Recovery Associates, LLC ("PRA") and Equifax Information Services LLC ("Equifax").  *See also* Fed. R. Civ. P. 60(b)(5); *BUC Int'l Corp. v. Int'l Yacht Council Ltd.*, 517 F.3d 1271, 1276 (11th Cir. 2008).

Plaintiff's settlement agreements with PRA and Equifax are confidential and are being provided to the Court *in camera* as Exhibits 1 and 2.

{W0566583.1 }

Dated: June 20, 2018

Respectfully submitted,

<u>/s/ L. Jackson Young, Jr.</u>
L. Jackson Young, Jr.
FERGUSON FROST MOORE & YOUNG, LLP
1400 Urban Center Drive, Ste. 200
Birmingham, AL  35242
Telephone: (205) 879-8722
Facsimile: (205) 879-8831
Email: ljy@ffmylaw.com

Gregory R. Hanthorn
ASB 4664 N76G
Rebecca Crawford Reynolds
Pro Hac Vice
JONES DAY
1420 Peachtree Street, N.E., Ste. 800
Atlanta, GA  30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
Email:  ghanthorn@jonesday.com
            rreynolds@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of June, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ L. Jackson Young, Jr.*
L. Jackson Young, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAUN J. YOUNGER, )<br>)<br>　　　Plaintiff, )<br>)<br>v. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., )<br>)<br>　　　Defendant. ) | **Civil Action Number<br>2:15-cv-00952-SGC** |

# Exhibit 1 to Defendant Experian Information Solutions, Inc.'s Motion for Judgment Credit

# Confidential Pursuant to Court's Protective Order (Doc. 26)

# Provided *in camera* to Magistrate Judge Cornelius

{W0566583.1 }

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHAUN J. YOUNGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., )<br>)<br>Defendant. ) | **Civil Action Number**<br>**2:15-cv-00952-SGC** |

# Exhibit 2 to Defendant Experian Information Solutions, Inc.'s Motion for Judgment Credit

# Confidential Pursuant to Court's Protective Order (Doc. 26)

# Provided *in camera* to Magistrate Judge Cornelius

{W0566583.1 }