# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHAUN J. YOUNGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:15-cv-00952-SGC |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## AMENDED FINAL JUDGMENT

The court enters **JUDGMENT** on the jury's verdict, as amended herein, in favor of Plaintiff Shaun J. Younger and against Defendant Experian Information Solutions, Inc.  (Doc. 121).  In accordance with the accompanying memorandum opinion, the jury's punitive damage award is **REMITTED** from $3,000,000 to $490,000.  Because Defendant is entitled to credit for *pro tanto* settlement proceeds Plaintiff previously received, the jury's compensatory damage award of $5,000 against Defendant is **SATISFIED**.   Costs are taxed against Defendant.

**DONE** this 21st day of March, 2019.

STACI   G. CORNELIUS
U.S. MAGISTRATE JUDGE