FILED
2019 Mar-26  AM 11:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "2"

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| SHAUN J. YOUNGER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **2:15-CV-00952-SGC** |
| | ) | |
| PORTFOLIO RECOVERY | ) | |
| ASSOCIATES, LLC, ET AL; | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>AFFIDAVIT OF JOHN C. HUBBARD</u>

Before me, the undersigned Notary Public, in and for said County and State, personally appeared John C. Hubbard, and who by me first being duly sworn, deposes and says as follows:

My name is John Crad Hubbard. I am over the age of nineteen (19) years. The following facts are based upon my personal knowledge.

I graduated from the Faulkner University School of Law and was admitted to practice law in Alabama in 2008.  I was admitted to practice law in Texas in 2018.  I am in good standing with the Alabama State Bar and Texas State Bar and have never been subject to any disciplinary proceedings. I am also admitted to practice before the Northern District of Alabama, Middle District of Alabama, and the Southern District of Texas.

I have represented individuals in Fair Credit Reporting Act cases, as well as other consumer-related matters including the Fair Debt Collection Practices Act since 2009. There are very few lawyers in the Alabama bar that handle cases in these areas of the law. Fewer still are lawyers in the Alabama bar that prosecute these cases to verdict.

With regard to my trial practice, I have tried cases in the state and federal courts of Alabama since I was admitted to the bar in 2008. In my career thus far, I have assisted in six (6) jury trials to verdict.

I am currently a member of the National Association of Consumer Advocates.

A substantial portion of my practice involves FDCPA and FCRA claims. A hourly rate of $400 is a reasonable hourly attorney fee. An attorney with less experience has been awarded $400.00 per hour in this Circuit. (*See CC-Aventura, Inc. v. Weitz Co., LLC*, 06-21598-CIV, 2008 WL 276057 (S.D. Fla. Jan. 31, 2008) (holding that an 8–year associate could recover $400.00 per hour.).

I have represented Mr. Shaun Younger in his claims against Experian. To date, I have expended 66 hours and I am requesting attorneys' fees for that time spent in this case. The time claimed are hours spent litigating Mr. Younger's claims against Experian only. I have cut or reduced any other time spent that would have involved time spent in pursuing any claim against any former party to this case. I have also cut time that is duplicative with Whitney Seals except for trial time, which I reduced to $200.00. I have also cut time for review of e-mails, orders, and many communications regarding the case.

I certify that these records are accurate and that these records were prepared contemporaneously with the performance of the work. With regard to my review of my time records, they were reviewed monthly with the exception of several of the months between briefing the motions for summary judgment and the Court's Order on the Motions for Summary Judgment.

FURTHER AFFIANT SAYETH NOT.

_____

JOHN C. HUBBARD

Comes Now, John C. Hubbard, who is known to me, and after being duly sworn, subscribed his name before me this 25th day of MARCH , 2019.

_____

Notary Public
My Commission Expires: 3/27/2020

John C. Hubbard, LLC
Post Office Box 953
Birmingham, Alabama 35201

# Invoice

| Bill To |
| --- |
| Shaun Younger |

| Date | Invoice No. | P.O. Number | Terms | Project |
| --- | --- | --- | --- | --- |
| 05/25/18 | 119 | | | |

| Item | Description | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- |
| Attorney Fee | Draft and File notice of Appearance 6/25/2015 | 0.2 | 400.00 | 80.00 |
| Attorney Fee | Review XPN disc responses and 30b6 response 10/22/15 | 0.5 | 400.00 | 200.00 |
| Attorney Fee | Call (VM) to SY and email to WWS 11/10/15 | 0.1 | 400.00 | 40.00 |
| Attorney Fee | Call (VM) to SY and email to WWS 11/10/15 | 0.1 | 400.00 | 40.00 |
| Attorney Fee | Draft, Review, and Email WWS XPN disc responses 11/16/15 | 1.2 | 400.00 | 480.00 |
| Attorney Fee | Supplement XPN disc responses 11/16/15 | 0.2 | 400.00 | 80.00 |
| Attorney Fee | Research on Frivolous or Irrelevant Disputes and email to WWS 1/6/16 | 0.8 | 400.00 | 320.00 |
| Attorney Fee | Research on Collins v. XRP and email to WWS 1/7/16 | 1.5 | 400.00 | 600.00 |
| Attorney Fee | Edit WWS ltr re depos 1/19/16 | 0.5 | 400.00 | 200.00 |
| Attorney Fee | Research FCRA negligence/willfullness and email to WWS 4/12/16 | 2 | 400.00 | 800.00 |
| Attorney Fee | Draft 2nd XRP 30b6 depo and serve 5/3/16 | 0.6 | 400.00 | 240.00 |
| Attorney Fee | Prepare for depo for 2nd XRP 30b6 5/5/16 | 1.2 | 400.00 | 480.00 |
| Attorney Fee | Prepare and take 2nd XRP 30b6 depo (tele) 5/6/16 | 1 | 400.00 | 400.00 |
| Attorney Fee | Research and email to WWS re XRP MSJ and evidence required 8/5/16 | 1.2 | 400.00 | 480.00 |
| Attorney Fee | Prepare initial parts of proposed pre-trial order and email to WWS 10/11/17 | 0.8 | 400.00 | 320.00 |
| Attorney Fee | Review and read cases cited in XRP motion to rec 10/12/17 | 0.9 | 400.00 | 360.00 |
| | | Subtotal | | $23,200.00 |
| | | Sales Tax | | $0.00 |
| | | Total | | |

**Page 1**

# Invoice

John C. Hubbard, LLC
Post Office Box 953
Birmingham, Alabama 35201

| Bill To |
|---|
| Shaun Younger |
| |
| |
| |

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 05/25/18 | 119 | | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Attorney Fee | Prepare initial response to XRP mtc 10/18/17 | 1.8 | 400.00 | 720.00 |
| Attorney Fee | Attend pre-trial conf. 1/24/18 | 0.4 | 400.00 | 160.00 |
| Attorney Fee | File trial lists 4/23/18 | 0.1 | 400.00 | 40.00 |
| Attorney Fee | Research trial jury ins and forms in similar cases (like Brim) 4/24/18 | 0.9 | 400.00 | 360.00 |
| Attorney Fee | Attend telephone conf with Court 4/25/18 | 0.3 | 400.00 | 120.00 |
| Attorney Fee | Start draft on XRP MiL 1 4/30/18 | 1.4 | 400.00 | 560.00 |
| Attorney Fee | Make notes on Smith depo and email to WWS 5/1/18 | 0.7 | 400.00 | 280.00 |
| Attorney Fee | Draft response to XRP MiL 1 and discuss with WWS and file 5/2/18 | 1.7 | 400.00 | 680.00 |
| Attorney Fee | Finish research on verdict forms and draft initial jury ins. 5/2/18 | 1.5 | 400.00 | 600.00 |
| Attorney Fee | Research and Draft Initial Motion in Limine and discuss with WWS 5/2/18 | 2.3 | 400.00 | 920.00 |
| Attorney Fee | Finalize and file supplements to trial lists 5/3/18 | 0.8 | 400.00 | 320.00 |
| Attorney Fee | Draft second Motion in Limie and discuss with WWS 5/4/18 | 1.2 | 400.00 | 480.00 |
| Attorney Fee | Finalize and file Motion in Limine 5/7/18 | 0.3 | 400.00 | 120.00 |
| Attorney Fee | Draft initial jury charges and research 5/8/18 | 2.8 | 400.00 | 1,120.00 |
| Attorney Fee | Continue draft of jury charges and format 5/9/18 | 1.7 | 400.00 | 680.00 |
| Attorney Fee | Research on damages charge 5/11/18 | 0.8 | 400.00 | 320.00 |
| Attorney Fee | Review XRP res to MiL and research related caselaw 5/11/18 | 0.8 | 400.00 | 320.00 |

| | | |
|---|---|---|
| | Subtotal | $23,200.00 |
| | Sales Tax | $0.00 |
| | Total | |

John C. Hubbard, LLC
Post Office Box 953
Birmingham, Alabama 35201

# Invoice

| Bill To |
| --- |
| Shaun Younger |

| Date | Invoice No. | P.O. Number | Terms | Project |
| --- | --- | --- | --- | --- |
| 05/25/18 | 119 | | | |

| Item | Description | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- |
| Attorney Fee | Organize and prepare trial notebooks 5/16/18 | 2.8 | 400.00 | 1,120.00 |
| Attorney Fee | Attend Pre-trial conf 5/18/18 | 0.6 | 400.00 | 240.00 |
| Attorney Fee | Trial prep and SY meeting 5/18/18 | 6.4 | 400.00 | 2,560.00 |
| Attorney Fee | Trial prep 5/19/18 | 2.4 | 400.00 | 960.00 |
| Attorney Fee | Trial prep 5/20/18 | 4 | 400.00 | 1,600.00 |
| Attorney Fee | Trial 5/21/2018 | 8 | 200.00 | 1,600.00 |
| Attorney Fee | Trial prep 5/21/2018 | 1.5 | 400.00 | 600.00 |
| Attorney Fee | Trial 5/22/2018 | 8 | 200.00 | 1,600.00 |

| | |
| --- | --- |
| Subtotal | $23,200.00 |
| Sales Tax | $0.00 |
| Total | $23,200.00 |