UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAUN YOUNGER,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | CASE NO.:<br>2:15-cv-00952-SGC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Shaun J. Younger, and Defendant, Experian Information Solutions, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, with each party to bear its own costs.

Dated: March 30, 2021

/s/ W. Whitney Seals
W. Whitney Seals
Cochrun & Seals, LLC
P.O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
filings@cochrunseals.com

Respectfully submitted,

/s/ Gregory R. Hanthorn
Gregory R. Hanthorn
ASB 4664 N76G
Rebecca Crawford Reynolds
Pro Hac Vice
JONES DAY
1420 Peachtree Street, N.E., Ste. 800
Atlanta, GA 30309-3053
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
ghanthorn@jonesday.com
rreynolds@jonesday.com

John C. Hubbard
John C. Hubbard, LLC
P.O. Box 953
Birmingham, AL 35203
Telephone: (205) 378-8121
jch@hubbardlaw.com

Wilson F. Green
Wilson F. Green LLC
P.O. Box 2536
Tuscaloosa, AL 35403
Telephone (205) 722-1018
wilson@wilsongreenlaw.com

*Counsel for Plaintiff Shaun J. Younger*

L. Jackson Young, Jr.
(ASB-7946-G65L)
Moore Young Foster & Hazelton, LLP
1122 Edenton Street
Birmingham, AL 35242
Telephone: (205) 879-8722
Facsimile: (205) 879-8831
jyoung@my-defense.com

*Counsel for Defendant
Experian Information Solutions, Inc.*