# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SHAUN J. YOUNGER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:15-cv-00952-SGC |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On March 30, 2021, the parties filed a joint stipulation of dismissal, signed by counsel of record, in the above-captioned matter. (Doc. 165). Accordingly, this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs. FED. R. CIV. P. 41(a)(1)(A)(ii).

**DONE** and **ORDERED** this 12th day of April, 2021.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE